

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-21-00544-CV

**IN THE INTEREST OF B.C.S., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01057
Honorable Linda A.  Rodriguez, Judge Presiding

# O R D E R

      This is an accelerated appeal of the trial court's order terminating appellant's parental rights.  The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration.  TEX. R. JUD. ADMIN. 6.2.  Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

      The appellant's brief was originally due to be filed on January 19, 2022.  Neither the brief nor a motion for extension of time to file the brief has been filed.  It is therefore ORDERED that the appellant's brief must be filed **no later than February 11, 2022.**  Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court